UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No.

CR 23-341 DWF

UNITED STATES OF AMERICA,

**INFORMATION**

Plaintiff,

18 U.S.C. § 3

v.

SUZANNE SCIAMANDA,

Defendant.

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT 1
(Accessory After the Fact)

From on or about January 12, 2023 through October 11, 2023, in the State and District of Minnesota, the defendant,

**SUZANNE SCIAMANDA,**

knowing that an offense against the United States has been committed, to wit: Attempted Bank Robbery and Bank Robbery, did receive, relieve, comfort, and assist the offender, David Devor Harris, in order to hinder and prevent the offender's apprehension, trial, and punishment, all in violation of Title 18, United States Code, Section 3.

Date: November 13, 2023

ANDREW M. LUGER
United States Attorney

*s/ Evan B. Gilead*
BY: EVAN B. GILEAD
JORDAN L. SING
Assistant U.S. Attorneys
ATTORNEY ID: 1601283 DC



SCANNED
NOV 13 2023
U.S. DISTRICT COURT MPLS